CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rno

JAN 29 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIAM LEON NOWELL,**<br>Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00656 |
| v. | ) ) ) | **MEMORANDUM OPINION** |
| **SGT. SHELTON, et al.,**<br>Defendants. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

William Leon Novell, a Virginia inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff alleges that defendants, who are correctional officers at the Keen Mountain Correctional Center, searched him and his cell without reasonable suspicion and "wrote him up" a lost and found form for a missing towel and washcloth. Plaintiff has no reasonable expectation of privacy in his cell or on his person, and Plaintiff fails to allege any facts about the lost and found form that could lead to a plausible federal claim actionable via § 1983. See, e.g., Hudson v. Palmer, 468 U.S. 517, 525-28 (1984). Accordingly, I dismiss the complaint without prejudice, pursuant to 28 U.S.C. § 1915A, for failing to state a claim upon which relief may be granted.

ENTER: This 29th day of January, 2015.

*/s/ Jackson L. Kiser*
Senior United States District Judge